UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

KIMBERLY HOPE SEMANKO,

        Plaintiff,

v.

RODNEY WILSON, acting in his
individual capacity as a Duluth
Police Officer, and JAMIE GRANN,
acting in his official capacity as a
Police Officer within the City of
Duluth as an employee of the City of
Madison, Wisconsin,

        Defendants,

and

CITY OF MADISON, WISCONSIN,
a Wisconsin municipal corporation
and WISCONSIN MUNICIPAL
MUTUAL INSURANCE COMPANY,
a Wisconsin corporation,

        Intervening Parties.

Civil No. 04-3433 (RHK/RLE)

**ORDER ON RULE 41
STIPULATION OF DISMISSAL**

---

      Pursuant to the Stipulation between the Intervenor and Defendant Jamie Grann,

electronically filed 8/19/05 as Document No. 51, the Court makes the following **ORDER**:

      The Complaint in Intervention filed by Intervenors City of Madison, Wisconsin and

Wisconsin Municipal Mutual Insurance Company is **DISMISSED WITHOUT PREJUDICE**

pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated:  August 19, 2005

                                      s/Richard H. Kyle
                                      RICHARD H. KYLE
                                      United States District Judge